

# Fourth Court of Appeals
## San Antonio, Texas

April 12, 2021

No. 04-21-00015-CV

Eric **PASANISI** and Tanganyika Wildlife Safari, Ltd.,
Appellants

v.

Mark **VANHAM** and Klineburger Vanham International Hunting Consultants, LLC.,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-08521
Honorable Laura Salinas, Judge Presiding

# O R D E R

Appellants' unopposed motion for an extension of time to file their brief is GRANTED. Appellants' brief is due on or before **April 21, 2021**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of April, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court